IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP TAYLOR,

                    Plaintiff,                    JUDGMENT IN A CIVIL CASE

        v.
                                                  Case No. 15-cv-720-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                    Defendant.

---

    This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has been
rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Phillip Taylor remanding this case for further proceedings under sentence four of Section

205 of the Social Security Act, 42 U.S.C. § 405(g).


| s/ V. Olmo, Deputy Clerk | 5/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |